**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| NATHAN KERMAN JACKSON,<br><br>   Plaintiff,<br><br> v.<br><br>LEHI POLICE DEP'T et al.,<br><br>   Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:12-CV-371 DB<br><br>District Judge Dee Benson |

   Plaintiff, inmate Nathan Kerman Jackson, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the complaint under § 1915(e), in an Order dated August 21, 2012, the Court determined Plaintiff's complaint was deficient. The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Plaintiff has not responded. Indeed, the order was returned to the Court, marked, "RETURN TO SENDER NO LONGER AT THIS ADDRESS." Plaintiff has not since updated his address.

 

 

 

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is

**DISMISSED** without prejudice for failure to state a claim under §

1915(e)(2)(B)(ii), failure to follow Court orders, and failure to

prosecute.

DATED this 23rd day of October, 2012.

BY THE COURT:

_____
JUDGE DEE BENSON
United States District Court